Thank you. Now, where are you? Yes, there you are. I am here.   I am here. I am here. Yes. Yes. Yes. Yes. Yes. Yes. Yes. You are there? How are you? Good to see you. What are you doing here in Orinoco? At the center of the world. But how can I see you? I can come in through to you. You could enter through from there. Through there. In the center, maybe. It seems like you can come in, if you put your pol帽s on. Yes, if you chant, please join. You come in here. Please. And within the heart let understand your true identity. Right now your true identity is the present. So you can come in. We will pray together, together. Kamera, please. We are gonna pray. Shr photographs from Mikhail's great creation will also be on. It's a Tashkan. Picture is Nikolay R SAROVKI Nikolay R SAROVKI Nikolay R SAROVKI Nikolay R SAROVKI Nikolay R SAROVKI Nikolay R SAROVKI  NIPUR Nah, all right... all right... So, So, if, perhaps, if people hear someone or hear something but there is noh response to information about Bitcoin, at least message character... You are quite right if people sometimes get into different organizations, especially and it happened quite in the past Bitcoin is meant to be used as a means of communication between people so that people can communicate with each other. So, it is not a good idea to get up close to people and ask questions to make people feel better about what they are doing. So, it is not a good idea to get up close to people and ask questions to make people feel better that is not the truth so, it is not a good idea to get up close to people and ask questions to make people feel better  So, I'll just say that it is not a good idea to get up close to people and ask questions to make people feel better So, it is not a good idea to get up close to people and ask questions to make people feel better So, it is not a good idea that people get up close to people and ask questions to make people feel better so, I'll just say that it is not a good idea to get up close to people and ask questions to make people feel better so, this is one last one so, if you remember what I said in the last lecture I said,  to get up close people feel better so, if you remember in the last lecture  to get up close to get up close  and ask questions to people and ask questions  so, if you remember remember what I said  I said, to get last lecture I said,  and ask questions to remember what I said to get I said people don't really know people have change experience to check themselves but people do know they are different from other people yeah people can go left want to go left I said you can go left and I said if you go left you won't know  people do know people don't really know experience yeah people can see people can imagine people people move ah ah ah ah ah ah move